# United States Court of Appeals
## For the First Circuit

Nos. 13-1531, 13-1665,
       13-1705, 13-1714

AMERICAN STEEL ERECTORS, INC.; AJAX CONSTRUCTION COMPANY, INC.;
    AMERICAN AERIAL SERVICES, INC.; BEDFORD IRONWORKS, INC.;
              AND D.F.M. INDUSTRIES, INC.,

          Plaintiffs-Appellants/Cross-Appellees,

     RONALD BEAUREGARD, D/B/A INDEPENDENT WELDING SERVICES
                    INDUSTRIES, INC.,

                      Plaintiffs,

                          v.

   LOCAL UNION NO. 7, INTERNATIONAL ASSOCIATION OF BRIDGE,
      STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS,

          Defendant-Appellee/Cross-Appellant,

   CHARLES WRIGHT; STEEL ERECTION AND ORNAMENTAL IRON INDUSTRY
                    ADVANCEMENT FUND,

                     Defendants.

-----

**ERRATA SHEET**

        The opinion of this Court issued February 25, 2016, is
amended as follows:

        On page 32, line 9 replace "Chauffers" with
"Chauffeurs".